

# CHARTWELL LAW

**MEMO ENDORSED**

JARETT L. WARNER
(212) 809-1669
jwarner@chartwelllaw.com

Reply To: New York Office
One Battery Park Plaza, Suite 710
New York, NY  10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

June 27, 2023

**In light of the extension of the discovery deadlines, the parties' joint request to adjourn the telephonic Status Conf. from Sept. 27, 2023 until Nov. 21, 2023 at 10:00 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 8 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 18.
Dated: White Plains, N Y
         June 30, 2023**

<u>Via ECF</u>

District Court Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   *Laura Pellegrino v. BJ's Wholesale Club, Inc.*
      Docket No.:    7:22-cv-4805  (NSR) (VR)
      Our File No:   8282.0088393

Honorable Sir:

We represent defendant BJ's Wholesale Club, Inc. ("BJ's") in the above-referenced matter.

Pursuant to the enclosed order, Magistrate Judge Victoria Reznik has extended the discovery deadline until October 30, 2023, and directed the parties to make an application to your Honor for an adjournment of the September 27, 2023 telephonic conference.

Accordingly, the parties jointly request an adjournment of the September 27, 2023 conference due to the fact that the discovery deadline has been extended until October 30, 2023.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2023
```

WWW.CHARTWELLLAW.COM

Thank you for your time and consideration.

**CHARTWELL LAW**

By: *Jarett L. Warner*
  Jarett L. Warner

cc: FV Kelly, Esq. (*via ECF*)