**MEMO ENDORSED**



# CHARTWELL LAW

**JARETT L. WARNER**
(212) 809-1669
jwarner@chartwelllaw.com

Reply To: New York Office
One Battery Park Plaza, Suite 710
New York, NY  10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

November 15, 2023

**Via ECF**

District Court Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> In light of the extension of the discovery deadlines, the parties' request to adjourn the telephonic Status Conf. from Nov. 21, 2023 until Feb. 14, 2024 at 10:00 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 8 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 28.
> Dated: November 17, 2023
> White Plains, NY
> SO ORDERED:
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re:  *Laura Pellegrino v. BJ's Wholesale Club, Inc.*
Docket No.:   7:22-cv-4805  (NSR) (VR)
Our File No:  8282.0088393

Honorable Sir:

We represent defendant BJ's Wholesale Club, Inc. ("BJ's") in the above-referenced matter.

Pursuant to the enclosed order, Magistrate Judge Victoria Reznik has extended the discovery deadline until January 22, 2024, and suggested the parties to make an application to your Honor for an adjournment of the November 21, 2023 telephonic conference.

Accordingly, the parties jointly request an adjournment of the November 21, 2023 conference due to the fact that the discovery deadline has been extended until January 22, 2024.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2023

WWW.CHARTWELLLAW.COM

Thank you for your time and consideration.

                            **CHARTWELL LAW**

                          By: *Jarett L. Warner*
                                 Jarett L. Warner

cc: FV Kelly, Esq. (*via ECF*)

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| Sent: | Wednesday, September 13, 2023 10:25 AM |
| To: | CourtMail@nysd.uscourts.gov |
| Subject: | Pellegrino, Laura and Jim v. BJ's Wholesale Club, Inc. - Claim No. MACC2012019108: [EXTERNAL] Activity in Case 7:22-cv-04805-NSR-VR Pellegrino et al v. BJ'S Wholesale Club, Inc. et al Status Conference |

**CAUTION**: [This is an External Email. Do not click links or open attachments unless you recognize the sender and know the content is safe].

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/13/2023 at 10:24 AM EDT and filed on 9/13/2023
**Case Name:**   Pellegrino et al v. BJ'S Wholesale Club, Inc. et al
**Case Number:**   7:22-cv-04805-NSR-VR
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge Victoria Reznik. Telephonic Status Conference held on 09/13/2023. The Court extended the deadline to complete all discovery until January 22, 2024. The Court advised the parties that there will be no further extensions of discovery absent good cause. Next telephonic Status Conference scheduled for November 30, 2023, at 10:00 AM. Recorded on AT&T Teleconference Line. (AR)**


**7:22-cv-04805-NSR-VR Notice has been electronically mailed to:**

Frank V. Kelly     fvkelly@hotmail.com, fvkelly123@gmail.com

Jarett Lawrence Warner     jwarner@chartwelllaw.com, nangelino@chartwelllaw.com

**7:22-cv-04805-NSR-VR Notice has been delivered by other means to:**

1