```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Pellegrino, et al.,

                        Plaintiffs,         **ORDER RE STATUS CONFERENCE**

          -against-                       7:22-cv-004805 NSR-VR

BJs Wholesale Club, Inc., et al.,

                        Defendant.

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for February 29, 2024 at 11:30 AM. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

**SO ORDERED.**

DATED:    White Plains, New York
                January 29, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge