UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PELLEGRINO, et al.,

                          Plaintiff(s),                      **ORDER**

        - against -                              22 Civ. 4805 (NSR)

BJ'S WHOLESALE CLUB, INC., et al.,

                          Defendant(s).
----------------------------------------------------------------X
NELSON S. ROMÁN, U.S.D.J.:

       The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

       The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

       Defendant's Motion for Summary Judgment is Denied without prejudice as moot subject to refiling in the event the settlement is not properly consummated. Clerk of Court is requested to terminate the motion at ECF No. 41.

SO ORDERED.

Dated:      White Plains, New York
              September 5, 2024

                                                                 Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/05/2024